Protection payments arising from his conduct prior to the termination of the period of suspension.

*In re* **PEARCY, WILLIAM ROBERT** (MR 17629)
Glen Carbon, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent William Robert Pearcy is suspended from the practice of law for six months, as recommended by the Review Board. Respondent William Robert Pearcy shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

*In re* **REYNOLDS, RENITA** (MR 17762)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Renita Reynolds is disbarred.